JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

GURPREET SINGH,

           Petitioner,

           v.

WARDEN, FACILITY ADMINISTRATOR
OF DESERT VIEW FACILITY, et al.,

           Respondents.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. ED CV 26-00923 FMO (MBK)

**JUDGMENT**

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 16th day of March, 2026.

                                   /s/
                        Fernando M. Olguin
                United States District Judge